CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LIFELINE AMBULANCE SERVICE, INC., ) | |
| ) | Civil Action No. 7:02-cv-1026 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| *Secretary of Health and Human Services,* ) | |
| ) | By:  James C. Turk |
| Defendant. ) | Senior United States District Judge |

In this action brought pursuant to Title XVIII of the Social Security Act for additional

Medicare reimbursement for specialized life support ambulance services, and in accordance with

the accompanying memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

as follows:

(1) defendant's motion for summary judgment is **GRANTED**;

(2) plaintiff's motion for summary judgment is **DENIED**; and

(3) plaintiff's motion for costs and attorney's fees is **DENIED**.

This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to counsel for the parties.

ENTER: This ___13th___ day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE